koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES
~~(SEAL)~~

UNITED STATES OF AMERICA

Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language ENGLISH
Tape No. 00C 35 - 1968

v.

AUSA Michael Dittoe
Agent FBI/DARRIN SACHS
305 944-9101

JULIO PEREZ
    Defendant.

DOB 08/12/58     #61682-004

FILED by _____ D.C.
00 MAY -2
CARLOS JUENKE
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

_____/

The above-named defendant having been arrested on 5/2/00 and having appeared before the court for initial appearance on 5/2/00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. Manuel Gonzalez appeared as permanent/temporary counsel of record.
   Address: 782 NW 42 Ave # 440
   Zip Code: 33126     Telephone: 567-0100
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____     Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on FRI May 5, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am May 5, 2000.
5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____~~
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   Stip $100,000 PSB + $50,000 10%/100 PSB co-signed by deft's mother + siblings

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  ✓ a. Surrender all passports and travel document to the Pretrial Services Office.
  ✓ b. Report to Pretrial Services as follows: 2 times a week by phone, 1 time a week in person;
       other: Remain SDFL
  ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
  ✓ d. Maintain or actively seek full time gainful employment.
  ___ e. Maintain or begin an educational program.
  ___ f. Avoid all contact with victims of or witnesses to the crimes charged.
  ___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
  ___ h. Comply with the following curfew: _____
  ___ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminal

NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, ETC. ANY PROPERTY THEY OWN, REAL OR PERSONAL UNTIL BOND(S) ARE DISCHARGED

**SCANNED**

JULIO PEREZ

___ j. Comply with the following additional special conditions of this bond:

_____
_____

    This bond was set: At Arrest _____
                            On Warrant _____
                            After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 2ND day of MAY, 2000.

_____
BARRY L. GARBER
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
    Defendant
    Counsel
    U.S. Marshal
    Pretrial Services/Probation