UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

JULIO PEREZ
Defendant

CASE NO. 00-6088 cr
UNGARO BENAGES

61682-004

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 5-2-00
2. Spoken language: ENGLISH
3. Offense(s) charged: _____
4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 8-12-58
6. Type of charging document: (Check One)
   [X] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____      CASE NO. _____
   DISTRICT: Southern District Florida (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES  [ ] NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____
7. REMARKS: _____

8. DATE: 5-2-2000
9. DARRIN SACHS
   ARRESTING OFFICER
10. AGENCY: FBI
11. 305-944-9101
    PHONE NO.

SCANNED

15

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JULIO PEREZ,

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088-CR-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

FILED by
APR - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest __JULIO PEREZ__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO,; Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s) __659, 1962(d)__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

04/04/00    FORT LAUDERDALE, FLORIDA
Date and Location

*Lurana S. Snow*
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

Bail fixed at $ __50,000 Corporate Surety Bond__

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __JULIO PEREZ__

ALIAS: _____

LAST KNOWN RESIDENCE: __4661 S.W. 154th Place, Miami, Florida__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __08/12/58__

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169__