UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UUB

UNITED STATES OF AMERICA,

v.

Julio Perez

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW __Manuel Gonzalez, Jr.__ and files this temporary appearance as counsel for the above-named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing** documents necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (Printed) __Manuel Gonzalez, Jr.__

Counsel's Signature __Manuel Gonzalez__

Address __282 NW 42 Ave. #440__
__Miami, Fl.__   ZIP CODE: __33126__

Telephone __(305) 567-0100__

SCANNED