UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6088-UNGARO-BENAGES</u>

UNITED STATES OF AMERICA,

vs.

ALEX TORRENTE
JULIO PEREZ

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

That this case is to be UNSEALED pursuant to the arrest and initial appearance of the above defendants.

**DONE AND ORDERED** at Miami, Florida this ___2nd___ day of ___MAY___, 20<u>00</u>.

TAPE NO: 00C 35-1968

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA *Michael Ditoe*
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

19/50