UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

vs.

JULIO PEREZ
      Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _ON BOND_

Language: _ENGLISH_

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**        Address: _____

                       Tel. No:_____

**Defense Counsel:**   Name    : _MANUEL GONZALEZ_

                       Address: _782 N.W. 42ND AVENUE #40_

                                _MIAMI, FL 33126_

                       Tel. No: _567-0100_

**Bond Set/Continued:**    $ 50,000 10%; $100,000 PSB

Dated this 5th day of May, 2000.

CLARENCE MADDOX, CLERK

BY__Karen Sussmann__
    Deputy Clerk

c:Clerk for Judge
  U.S. Attorney  M. Pitre
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00C _36_
DIGITAL START NO. _193_

23
vt