UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                 CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,        MAGISTRATE JUDGE BROWN

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of MANUEL GONZALEZ, JR.,

ESQ., as Counsel of record for the Defendant in the above-

styled cause. Counsel requests that all pleadings, notices,

and/or other papers be sent to said counsel by the Clerk of

the above Court.

**THIS NOTICE OF APPEARANCE IS FOR PURPOSES OF REPRESENTATION
AT THE TRIAL LEVEL ONLY. COUNSEL'S REPRESENTATION ENDS AT THE
TRIAL LEVEL.**

    I HEREBY CERTIFY that a true and correct copy of the

foregoing was sent by U.S. Mail to the Office of the U.S.

Attorney, c/o Michael J. Dittoe, AUSA, 500 East Broward

Blvd., Seventh floor, Fort Lauderdale, Florida 33394-3002,

this 5th day of MAY , 2000.

                  Respectfully submitted,

                  MANUEL GONZALEZ, JR., ESQ.
                  Attorney for Defendant
                  782 N.W. Le Jeune Road
                  Suite 440
                  Miami, Florida 33126
                  (305) 567-0100

                  BY:_____
                    MANUEL GONZALEZ, JR., ESQ.
                    FLORIDA BAR NO. 397997