kohrgcnsl.    UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
vs.                                     ORDER ON HEARING TO
JULIO PEREZ                             REPORT RE COUNSEL

---

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__  Private counsel _Manuel Perez_ appeared in open court and is noted as permanent counsel of record.

_____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____  The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this 5th day of May, 2000.

TAPE NO.00C- 36-193

c: AUSA _Dittoe_                    UNITED STATES MAGISTRATE JUDGE
   Defense Counsel                  BARRY L. GARBER
   Pretrial Services or Probation
   U.S. Marshal