UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :

    Plaintiff,

VS.  : CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,     MAGISTRATE JUDGE BROWN
    :
    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO ENCUMBER PROPERTY WITH AN EQUITY LOAN

The Defendant, JULIO PEREZ, by and through his undersigned counsel, respectfully requests this Honorable Court enter an Order granting permission to encumber the real property of Julia Perez, the mother of Defendant, with an equity loan. As grounds therefore, it is respectfully submitted:

1. On May 2, 2000, the Defendant was released on a $50,000.00-10% bond to the Court and a $100,000.00 personal surety bond co-signed by his mother, Julia Perez, and Defendant's siblings. One of the conditions of the bond was that the co-signers were not to transfer, hypothecate, encumber, etc. any real property owned by them.

2. Defendant's mother, Julia Perez, is assisting the Defendant with the funds needed to pay for the attorney's fees to defend this case.

UNITED STATES OF AMERICA v.
JULIO PEREZ
CASE NO. 00-6088-CR-UNGARO-
BENAGES

3. Defendant's mother, Julia Perez, seeks permission from this Court to obtain an equity loan on her residence, 2709 S.W. 112 Avenue, Miami, Florida 33165, in order to obtain the funds needed to pay the attorney's fees in this case.

4. Assistant United States Attorney Michael J. Dittoe has no opposition to the granting of this motion.

WHEREFORE, the Defendant, JULIO PEREZ, respectfully requests that this Honorable Court enter an Order permitting Julia Perez to obtain an equity home loan against her residence.

Respectfully submitted,

MANUEL GONZALEZ, JR. ESQ.
782 N.W. 42 AVENUE
SUITE 440
MIAMI, FLORIDA 33126
(305) 567-0010

BY: _____
MANUEL GONZALEZ, JR., ESQ.
FLORIDA BAR NO. 397997

UNITED STATES OF AMERICA v.
JULIO PEREZ
CASE NO. 00-6088-CR-UNGARO-
BENAGES

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was hand delivered this 5th day of May, 2000 to: Michael J. Dittoe, AUSA, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394-3002.

BY: _____
MANUEL GONZALEZ, JR., ESQ.
Florida Bar No. 397997