UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :

    Plaintiff,

VS.  : CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,     MAGISTRATE JUDGE BROWN

    Defendant.
_____/

**ORDER GRANTING PERMISSION TO ENCUMBER PROPERTY OF JULIA PEREZ**

    This cause came before the Court on Defendant JULIO PEREZ's Unopposed Motion to Encumber Property with an Equity Loan. After considering said motion and being duly advised, it is hereby

    ORDERED AND ADJUDGED that said motion be granted. The co-signer, Julia Perez, is permitted to encumber her residence, 2709 S.W. 112 Avenue, Miami, Florida with a home equity loan for the purpose of obtaining funds to pay for the Defendant's legal fees in this matter.

    DONE AND ORDERED this 5th day of May, 2000.

                                      _____
                                      BARRY L. GARBER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:
Michael J. Dittoe, AUSA
Manuel Gonzalez, Jr., Esq.