# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JULIO PEREZ,

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088

CR-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

YOU ARE HEREBY COMMANDED to arrest __JULIO PEREZ__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

FILED by _____ D.C.
DKTG
MAY 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

charging him or her with (brief description of offense)

Conspiracy to commit RICO,; Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s) __659, 1962(d)__

CLARENCE MADDOX
Name of Issuing Officer

Denny Butler
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00    FORT LAUDERDALE, FLORIDA
Date and Location

Lurana S. Snow
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at MIAMI, FL |

| DATE RECEIVED 4/4/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/3/2000 | James A. Tassone FOR: FBI | Fred De Pompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest