UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C

00 JUL -3 AM 10: 38

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,

    Defendant.
_____/

### NOTICE OF UNAVAILABILITY

COMES NOW, the Defendant, JULIO PEREZ, by and through counsel, and hereby provides the Court with notice of unavailability of counsel for the period beginning July 22, 2000 through July 30, 2000. The undersigned will be on a family vacation outside the district.

WHEREFORE, it is respectfully requested that this Court take into consideration the above when scheduling matters in this case for that period of time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 29th day of June, 2000 to Michael J. Dittoe, Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl., 33394.

    Respectfully submitted,

    MANUEL GONZALEZ, JR. ESQ.
    782 N.W. 42nd AVENUE
    SUITE 440
    MIAMI, FLORIDA 33126
    (305) 567-0010

    BY: _____
    MANUEL GONZALEZ, JR. ESQ
    FLORIDA BAR NO. 397997