UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Julio Perez

CASE NO. 00-6088-CR-
Ungaro-Benages

NOTICE OF SENTENCING DATE

FILED by _____ D.C.
DKTG
AUG 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable __URSULA UNGARO-BENAGES__ United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __NOV. 28__, 2000, at __9:30 A__.M. for imposition of sentence. On that date, report to the U.S. District Courthouse, __Eleventh Floor__, 301 N. Miami Avenue, Miami, FL 33128-7788, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution of the Presentence Report.

Carlos Juenke, Clerk of Court

By: __Kathryn B. Harlan__
Courtroom Deputy Clerk
(305) 530-7710

DATE: __8/23/00__

COUNSEL: __Manuel Gonzalez, Esq.__

RECEIVED: _____
(Defendant)

GUILTY PLEA  ☑ BOND              ☑ TO COUNT(S) _____
TRIAL        ☐ FEDERAL CUSTODY   ☐ OF TOTAL COUNTS _____
NOLO PLEA    ☐ STATE CUSTODY     ☐ ASST. U.S. ATTY _____
             ☐ U.S.M. CUSTODY

Copies to:   United States Attorney      United States Marshal
             Probation Department         Pre-Trial Services
             Defense Counsel              Defendant