UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA :

    Plaintiff,
VS.                          : CASE NO.00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,
                                     :
    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, JULIO PEREZ, by and through counsel, and hereby files this Certificate of Interested Persons and Corporated Disclosure Statement. Counsel for the Defendant certifies that the following persons may have an interest and or financial interest in the outcome of this case:

1. Magistrate Judge Stephen T. Brown

2. Michael J. Dittoe,
   Assistant United States Attorney

3. Federal Express Corporation
   (victim/restitution/financial interest)

4. Manuel Gonzalez, Jr., Esq.

5. Marcello Grasso

6. Chris Greco

7. Christopher Grillo, Esq.

8. Angel Hernandez

9. Hosey Hernandez, Esq.

10. Nicolo Mariani

11. Antonio Marin, Esq.

12. Joseph Minuto

13. Marco Minuto

UNITED STATES OF AMERICA vs.
JULIO PEREZ
CASE NO.00-6088-CR-UNGARO-BENAGES

14. Jorge Ravelo

15. Simon Steckel, Esq.

16. Alex Torrente

17. Ursula Ungaro-Benages,
    U.S. District Judge

18. Jeffrey S. Weiner, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed this 25th day of September, 2000 to:

Michael J. Dittoe,
Assistant U.S. Attorney
500 E. Broward Blvd.
Suite 700
Ft. Lauderdale, Florida 33394
and counsel of record.

Respectfully submitted,

MANUEL GONZALEZ, JR. ESQ.
782 N.W. 42nd AVENUE
SUITE 440
MIAMI, FLORIDA 33126
(305) 567-0010

BY: _____
MANUEL GONZALEZ, JR., ESQ.
FLORIDA BAR NO. 397997

-2-