FILED BY _____ D.C.

00 OCT 18 PM 1:35

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :

    Plaintiff,

                      : CASE NO. 00-6088-CR-UNGARO-BENAGES

VS.  :

JULIO PEREZ,

    Defendant.  :
_____/

### UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW, the Defendant, JULIO PEREZ, by and through his undersigned counsel, and files this Unopposed Motion for Continuance of Sentencing and in support states the following:

1. This matter is now scheduled for sentencing on November 28, 2000.

2. This is a complex case with an extensive amount of victims up to at least 800 of them.

3. Based on the large number of victims, U.S. Probation has not been able to notify the victims as required by statute.

4. The parties and Probation need additional time to resolve the restitution issues in accordance with this Court's direction/order in resitution cases.

5. The parties are in need of a continuance to late February or early March 2001. This will allow Probation to

UNITED STATES OF AMERICA vs.
JULIO PEREZ,
CASE NO. 00-6088-CR-UNGARO-BENAGES

notify all victims, sort out the resitution amounts, allow the defense to review the resitution being attributed to the Defendant, and raise any objections to the restitution amount.

6. This motion is filed in good faith and not for the purpose of delay.

7. Undersigned counsel has spoken with Michael J. Dittoe, Assistant U.S. Attorney, who agrees to the granting of this continuance. U.S. Probation Officer Debbie Speas agrees to the additional time needed.

WHEREFORE, the Defendant, JULIO PEREZ, requests that the continuance herein requested be granted.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail to Michael J. Dittoe, AUSA, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394, and Debbie Speas, U.S. Probation officer, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132, this 18th day of October, 2000.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
782 N.W. 42nd Avenue
Suite 440
Miami, Florida 33126
(305) 567-0100

BY: _____
MANUEL GONZALEZ, JR., ESQ.

-2-