UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

    Plaintiff,

                            : CASE NO. 00-6088-CR-UNGARO-BENAGES

VS.                              :

JULIO PEREZ,

    Defendant.                   :
_____/

                     **ORDER**

FILED by _____ D.C.
OCT 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA., MIAMI

This cause came before the Court on defendant's motion to continue the November 28, 2000 sentencing. After considereing said motion and being duly advised, it is ORDERED AND ADJUDGED that said motion be granted.

The new sentencing date is JAN. 19, 2001 @ 2:30 P.M. No FURTHER EXTENSIONS.

DONE AND ORDERED this 24 day of October, 2000.

                               _/s/ Ursula Ungaro-Benages_
                               URSULA UNGARO-BENAGES
                               UNITED STATES DISTRICT JUDGE
                               SOUTHERN DISTRICT OF FLORIDA

Copies to:
U.S. Attorney (Michael J. Dittoe)
Manuel Gonzalez, Jr., Esq.
U.S. Probation Office