FILED by ___ D.C.
APPEAL
FEB 1 6 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| | ) 00-6088-Cr-UNGARO-BENAGES |
| Plaintiff, | ) |
| | ) |
| -v- | ) |
| | ) |
| JULIO PEREZ, | ) |
| | ) Miami, Florida |
| Defendant. | ) August 23, 2000 |
| | ) 9:35 a.m. |

Pages 1-17

TRANSCRIPT OF PLEA COLLOQUY

BEFORE THE HONORABLE URSULA UNGARO-BENAGES

U.S. DISTRICT JUDGE

APPEARANCES:

For the Government    MICHAEL J. DITTOE
                      Assistant U. S. Attorney
                      500 East Broward Boulevard - 7th Floor
                      Fort Lauderdale, Florida  33394-3002

For the Defendant     MANUEL GONZALEZ, JR., ESQ.
                      782 Northwest 42nd Avenue
                      Miami, Florida  33126

Reporter              WILLIAM G. ROMANISHIN, RMR
(305) 523-5558        Official Court Reporter
                      1104 Federal Courthouse Square
                      301 North Miami Avenue
                      Miami, Florida  33128