MAR 15 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                          CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,

    Defendant.
_____/

## JOINT OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant, JULIO PEREZ, and the Plaintiff, the United States of America, by and through their undersigned counsel and file their Joint Objection to the Presentence Investigation Report filed by the U.S. Probation Office on the following basis:

1. Defendant and the Government agree that the theft loss is over $600,000.00 but less than $800,000.00. The PSI should reflect this amount and not $1,000,000.00.

2. AUSA Michael J. Dittoe agrees to this Joint Objection.

WHEREFORE, Defendant, JULIO PEREZ, and the Plaintiff, the United States of America, respectfully requests that his objections to the P.S.I be sustained by the Court.

                                            Respectfully submitted,

                                            MANUEL GONZALEZ, JR., ESQ.
                                            782 N.W. LE JEUNE ROAD
                                            SUITE 440
                                            Miami, Florida 33126
                                            (305) 567-0100

                                            BY: _____
                                            MANUEL GONZALEZ, JR., ESQ.
                                            FLORIDA BAR NO. 397997

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail to Michael J. Dittoe, AUSA, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33301 and Debra A. Speas, U.S. Probation, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132-2126, this 6th day of March, 2001.

BY: _____
MANUEL GONZALEZ, JR., ESQ.