UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA :

    Plaintiff,

VS. : CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ, :

    Defendant.
_____/

FILED by _____ D.C.
DKTG
MAR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

This cause came before the Court on Defendant's Motion to Continue the March 23, 2001 sentencing. After considering said motion and being duly advised, it is

ORDERED AND ADJUDGED that said motion be granted.

The new sentencing date is 5-25-01 @ 1:30. All objections to the P.S.R. must be filed by 4-27-01.

DONE AND ORDERED this __21__ day of March, 2001.

                              _Ursula Ungaro-Benages_
                              URSULA UNGARO-BENAGES
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA

Copies to:

U.S. Attorney (Michael J. Dittoe)
Manuel Gonzalez, Jr., Esq.
U.S. Probation Office