UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-6088-CR-UNGARO-BANAGES

VS.

JULIO PEREZ,

    Defendant.
_____/

### NOTICE OF UNAVAILABILITY

COMES NOW, the Defendant, JULIO PEREZ, by and through counsel, and hereby provides the Court with notice of unavailability of counsel for the period beginning July 27, 2001 through August 6, 2001. The undersigned will be on a family vacation outside the district.

WHEREFORE, it is respectfully requested that this Court take into consideration the above when scheduling matters in this case for that period of time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 26th day of May, 2001 to Michael J. Dittoe, Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl., 33394.

    Respectfully submitted,

    MANUEL GONZALEZ, JR. ESQ.
    782 N.W. 42nd AVENUE
    SUITE 440
    MIAMI, FLORIDA 33126
    (305) 567-0010

    BY: _____
    MANUEL GONZALEZ, JR. ESQ.
    FLORIDA BAR NO.