UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. **00-6088-cr-UU**  Date: **8/9/01**

Style: **U.S.A.** Vs. **Minute et al**

Pltf/AUSA: **M. Di Here**

Defense Counsel: **H. Srebnick et al.**

Reporter: **Wm Romanishin**  Deputy Clerk: **K Heirlam**

Status Conference/Hearing on Motion: **Trial date remains firm — Govt agreed to turn over subpoenaed records — Discussion on wiretape issue & objections**

**Hrg to continue on 8/21/01 @ 3pm**

Calendar Call _____  Trial Set/Reset for _____

TRIAL MINUTES:  BENCH/JURY  VOIR DIRE HELD _____

JURY TRIAL BEGINS _____  TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____

288