UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

FILED by DKTG ___ D.C.
NOV 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6088-cr-UB       Date: 11-19-01
Style: U.S.A.       Vs. Julio Perez
Pltf/AUSA: Mike Dittoe, AUSA
Defense Counsel: MANNY Gonzalez, ESQ
Reporter: W^m Romanishin       Deputy Clerk: K. HARLAN

Status Conference/Hearing on Motion: Sentencing;
Gov't Filed a 5k.1 motion on
behalf of the deft. M/Granted
10 M. BOP d/l
3 yrs S.R. d/l
Rest $613,000 — to Fed'l ✓ Assessed 100.00
D. Sur Render

Calendar Call ___ Trial Set/Reset for ___

TRIAL MINUTES:    BENCH/JURY    VOIR DIRE HELD ___
JURY TRIAL BEGINS ___    TRIAL HELD ___    DAY # ___
TRIAL ENDS ___
DEFENDANT: REMANDED/ACQUITTED    SENTENCE DATE ___
MISCELLANEOUS NOTES TO DOCKET CLERK: Cond - 1) mental health
- treatment

Voluntary Surrender: 1/18/02 @ 2Ł