UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

02 MAY -9 PM 3: 34

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

v.

JULIO PEREZ,
    Defendant.

_____

## GOVERNMENT MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

The United States of America, by and through the undersigned Assistant United States Attorney, states that the defendant Julio Perez has substantially assisted the government in the investigation and prosecution of other persons, and therefore moves pursuant to Federal Rule of Criminal Procedure 35(b), that the Court reduce the defendant's sentence to reflect this assistance. In support of this motion, the government further states:

1. The defendant was indicted in this case in a multiple count indictment charging him with a RICO conspiracy and theft from an interstate shipment. The defendant pled guilty to the RICO conspiracy and cooperated with the government in this case. On November 27, 2001, the defendant was sentenced by this Court to a 10-month term of imprisonment, followed by a 3-year term of supervised. The defendant is scheduled to surrender for his imprisonment on May 15, 2002.

2. Beginning in October 2001, the defendant also provided truthful information to the government about a public corruption investigation of Miami-Dade County employees. That investigation led to the prosecution of a public employee responsible for thousands of dollars in losses due to DIRECTV fraud.

3. The defendant was repeatedly utilized by law enforcement personnel to further the public

corruption investigation. The defendant was always cooperative and available to the law enforcement personnel for numerous meetings and debriefings.

4. The United States has evaluated the assistance rendered by the defendant and concluded that he has provided substantial assistance in the investigation which led to the above prosecution.

5. Based on the substantial assistance rendered by the defendant, the government moves that the defendant's sentence be reduced to 10-month term of house, followed by a 3-year term of supervised.

6. Manuel Gonzalez, Jr., counsel for the defendant, has been consulted and concurs with this request.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ANITA J. GAY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 745227
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9208/536-4675 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed on this 9th day of May, 2002, to Manuel Gonzalez, Jr., Esq., 782 N.W. 42nd Ave., Suite 440, Miami, FL 33126.

_____
ANITA J. GAY
ASSISTANT UNITED STATES ATTORNEY