UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

FILED by _____ D.C.

MAY 13 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

JULIO PEREZ,
    Defendant.

_____

ORDER GRANTING AGREED MOTION FOR
REDUCTION OF SENTENCE PURSUANT TO RULE 35

This matter having come before the Court upon the motion of the United States, and the agreement of the Defendant Julio Perez,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal Procedure 35(b), that based upon the substantial assistance rendered by the defendant the sentence previously imposed on November 27, 2001 is hereby reduced from a 10-month term of imprisonment, followed by a 3-year term of supervised release, to a 10-month term of house arrest, followed by a 3-year term of supervised release.

ACCORDINGLY, IT IS FURTHER ORDERED that the defendant JULIO PEREZ shall commence his period of house arrest on May _13_, 2002.

**DONE AND ORDERED** at Miami, Florida this _9_ day of May, 2002.

_____
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE