00-6088-CR-UUB



FILED by _____ D.C.
DKTG

MAY 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

No further action required by
U.S. Marshals Service.

EDWARD STUBBS
~~LEO A. TASSONE~~
INTERIM UNITED STATES MARSHAL

SOUTHERN 677 PURCHASE

401
RO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

v.

JULIO PEREZ,
    Defendant.

### ORDER GRANTING AGREED MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

This matter having come before the Court upon the motion of the United States, and the agreement of the Defendant Julio Perez,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal Procedure 35(b), that based upon the substantial assistance rendered by the defendant the sentence previously imposed on November 27, 2001 is hereby reduced from a 10-month term of imprisonment, followed by a 3-year term of supervised release, to a 10-month term of house arrest, followed by a 3-year term of supervised release.

ACCORDINGLY, IT IS FURTHER ORDERED that the defendant JULIO PEREZ shall commence his period of house arrest on May 13rd, 2002.

**DONE AND ORDERED** at Miami, Florida this 9 day of May, 2002.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE