UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

v.

JULIO PEREZ,
    Defendant.
_____

FILED by _____ D.C.
JUN 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AMENDED ORDER GRANTING AGREED MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

This matter having come before the Court upon the motion of the United States, and the agreement of the Defendant Julio Perez, and the Court having entered an Order on May 9, 2002 granting the motion,

THE MAY 9, 2002 ORDER IS HEREBY AMENDED and, pursuant to Federal Rule of Criminal Procedure 35(b), based upon the substantial assistance rendered by the defendant, the confinement sentence previously imposed on November 27, 2001 is hereby reduced from a 10-month term of imprisonment, followed by a 3-year term of supervised release, to time served, followed by a 3-year term of supervised release. As a special condition of supervised release the defendant shall participate in the Home Detention Electronic Monitoring program for a period of 300 days. All other aspects of the original sentence remain unchanged.

**DONE AND ORDERED** at Miami, Florida this __7__ day of June, 2002.

                                                          URSULA UNGARO-BENAGES
                                                        UNITED STATES DISTRICT COURT JUDGE