UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                      CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,

    Defendant.
_____/

## UNOPPOSED MOTION FOR DISBURSEMENT OF BOND

COMES NOW, the Defendant, JULIO PEREZ, by and through his undersigned attorney and respectfully moves this Honorable Court for disbursement of the cash bail/bond heretofore posted on behalf of the Defendant together with any interest accrued, and states as follows:

1. On November 27, 2001, the Defendant was sentenced to ten months imprisonment, to be followed by three (3) years of supervised release, a special assessment of $100.00, no fine, and restitution of $613,000.00. On May 9, 2002, this Court entered an Order Granting Agreed Motion for Reduction of Sentence Pursuant to Rule 35. The term of imprisonment was reduced to house arrest with three (3) years of supervised release. The Defendant is in compliance with his sentence.

2. All of the conditions of the cash/appearance bond have been met and/or complied with.

3. Julia Perez, 13241 N.W. 5th Terrace, Miami, Florida 33182, is the person who posted the $5,000.00 bond money, a copy of said Receipt for Payment No. 225397 is attached hereto and made a part hereof.

4. Undersigned counsel has spoken to Anita J. Gay, Assistant United States Attorney, as to the contents of this motion and she has no objection to the Court granting this motion.

5. Based upon the above and foregoing grounds, it is requested of this Court to enter an Order for forthwith disbursement of the cash bond/bail posted herein plus the accrued interest payable to Julia Perez, 13241 N.W. 5th Terrace, Miami, Florida 33182 (Social Security No. 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).

WHEREFORE, the Defendant and the undersigned respectfully moves this Court to grant this motion for disbursement of the cash bond/bail.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this 24th day of June, 2002 to A.U.S.A. Anita J. Gay, 99 N.E. 4th Street, Miami, Florida 33132.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
Attorney for Defendant
782 N.W. 42nd Avenue
Suite 440
Miami, Florida 33126
(305) 567-0100
(305) 445-0543 (FAX)

DATED: 6/24/02

BY: _____
MANUEL GONZALEZ, JR., ESQ.
FLORIDA BAR NO. 397997

-2-

AO82
(Rev. 4/90)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**
at _Miami_

RECEIVED FROM _Julia Perez_
_13241 NW 5th Terrace_
_Miami, Fl 33182_
_USA vs Julio Perez_

| Fund CL#01638? | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 5,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 5,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference |
| 322360 | Miscellaneous Fees | 00-6088-CR-UU |
| 143500 | Interest SS# 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 | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | Appearance |
| 121000 | Conscience Fund | Bond to be |
| 129900 | Gifts | Invested |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _05/02_ 20__  Cash __ Check ✓ M.O. __ Credit __  DEPUTY CLERK _Hamilk_

| Form **W-9** (Rev. November 1999) Department of the Treasury Internal Revenue Service | Request for Taxpayer Identification Number and Certification | Give form to the requester. Do NOT send to the IRS. |

**Please print or type**

Name (If a joint account or you changed your name, see Specific Instructions on page 2.)
JULIA PEREZ

Business name, if different from above. (See Specific Instructions on page 2.)

Check appropriate box: ☒ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ ...............

Address (number, street, and apt. or suite no.)
1324I N.W. 5th Terrace

City, state, and ZIP code
Miami, Florida 33182

Requester's name and address (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, if you are a resident alien OR a sole proprietor, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Note: *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

Social security number: 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I7

OR

Employer identification number:

List account number(s) here (optional)

### Part II  For Payees Exempt From Backup Withholding (See the instructions on page 2.)

### Part III  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here  Signature ▶ *Julia Perez*  Date ▶ 6/24/02

**Purpose of form.** A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9, if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are an exempt payee.

If you are a foreign person, IRS prefers you use a Form W-8 (certificate of foreign status). After December 31, 2000, foreign persons must use an appropriate Form W-8.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**What is backup withholding?** Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part III instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

**Penalties**

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X                                    Form **W-9** (Rev. 11-99)