UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                              CASE NO. 00-6088-CR-UNGARO-BENAGES

JULIO PEREZ,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION FOR DISBURSEMENT OF BOND

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Disbursement of Bond. The Court having reviewed the motion, and the conditions of the cash/appearance bond of JULIO PEREZ, Defendant in the above-styled cause, having been fully complied with, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that: Defendant's Unopposed Motion for Disbursement of Bond is GRANTED.

FURTHER ORDERED that the Clerk of this Court do forthwith disburse the cash bail/bond posted by Julia Perez, in the amount of $5,000.00 Dollars plus any interest accrued to JULIA PEREZ, with Social Security No. 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, at 13241 N.W. 5th Terrace, Miami, Florida 33182.

DONE AND ORDERED at ___27___, Florida this _____ day of June, 2002.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

Copies to: Manuel Gonzalez, Jr., Esq.
          Anita J. Gay, AUSA
          Financial Deputy Clerk