PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63741

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by __MK__ D.C.

APR 1 4 2003

CASE NO. <u>00-6088-CR-UUB</u>

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Julio Perez

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro-Benages

Date of Original Sentence: November 19, 2001

Original Offense: Violation of the Racketeer Influence and Corruption Organization Statute, in violation of Title18, U.S. Code, Section 1962 (d), a Class C felony.

Original Sentence: Ten (10) months Bureau of Prisons followed by three (3) years supervised release: Special Conditions include the following: mental health treatment if necessary and $613,000 restitution. On June 7, 2002, pursuant to Rule 35, ten (10) month term of imprisonment was reduced to 300 days electronic monitoring.

Type of Supervision: Supervised Release         Date Supervision Commenced: May 9, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of $324.63 per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63741

**Name of Offender: Julio Perrez**           **Case Number: 00-6088-CR-UUB**

## CAUSE

On April 1, 2003, an updated financial analysis was conducted by this officer. A review of the releasee's cash flow statements indicates a monthly net income of $2,097.70 and monthly allowable expenses of $1,737. Subsequently, the subject's monthly disposable income is 360.70. After an allotted 10% savings of the disposable income, Mr. Perez has the financial ability to pay $324.63 per month. The subject was previously paying $165 a month. However, Mr. Perez's salary has increased during the past six months.

The subject has agreed to the above modification and has signed Probation Form 49, Waiver of Hearing.

Respectfully submitted,

by

Mark Ciolek  
U.S. Probation Officer  
Phone: (305) 412-2304  
Date: April 4, 2003

---

THE COURT ORDERS:

[ ]   No Action  
[X]   The Modification of Conditions as Noted Above  
[ ]   Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

4/9/03  
Date