SD/FL PACTS NO. 63741

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. <u>00-6088-CR-UUB</u>



UNITED STATES OF AMERICA,

    Plaintiff,

v.

Julio Perez

    Defendant.
_____/

## CONSENT AGREEMENT

The United States of America and <u>Julio Perez</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the <u>$613,000.00</u> non-federal restitution imposed in the Judgment and Probation Commitment Order entered herein on <u>November 19</u>, 2001, against Defendant <u>Julio Perez</u>, pursuant to the following terms.

    1.    The defendant, <u>Julio Perez</u>, shall pay the non-federal restitution balance of <u>$613,000.00</u>, plus statutory interest of <u>%</u> to the United States of America at the rate of <u>$330.00</u> per month, beginning <u>June 1</u>, 20<u>05</u>, and each month thereafter until the obligation is paid in full.

    2.    The Defendant, <u>Julio Perez</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla)( and mailed to the:

> Clerk of the Court
> U.S. District Court
> Southern District of Florida
> Financial Section
> 301 North Miami Avenue, Room 150
> Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

    3.    The Defendant, <u>Julio Perez</u>, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount



SD/FL PACTS NO. 63741

may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the non-federal restitution.

4. The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5. The Defendant, Julio Perez, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6. The parties agree that upon the complete satisfaction of the $613,000.00 non-federal restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

_____
Defendant: Julio Perez
Address: 13791 SW 21 Terr., Miami, Fl. 33175
Phone: (305) 227-6000
SSN: 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

MARCUS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
Elizabeth Ruf Stein
Assistant U.S. Attorney
Financial Litigation Unit
99 N.E. 4th Street, #313
Miami, Florida 33132-2111
Phone: (305) 961-9313
Fax: (305) 530-7195
FLA Bar No: 354945
Email: elizabeth.stein@usdoj.gov

_____
Antonio Crespi
U.S. Probation Officer
Address: 10300 SW 72 St.#351, Miami, Fl. 33173
Phone: (305) 412-2309
Fax: (305)279-7713

Dated this 6th, day of January, 2005.