UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIO PEREZ,

    Defendant.
_____/

## ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The non-federal restitution order of $613,000.00, entered on November 19, 2001, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Miami, Florida this _11_ day of _Feb._, 2005.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc:  Elizabeth Ruf Stein, AUSA
     Antonio Crespi, USPO
     Julio Perez, Defendant